UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-158-D

| | |
|---|---|
| BILLY RUSSELL LAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RACHEAL POTH, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in the memorandum in support of each defendant's motion to dismiss [D.E. 19, 25, 31, 34], the court GRANTS each defendant's motion to dismiss [D.E. 18, 24, 30, 33] and DISMISSES WITHOUT PREJUDICE plaintiff's pro se complaint.

SO ORDERED. This 25 day of November 2020.

JAMES C. DEVER III
United States District Judge