UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BILLY RUSSELL LAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:20-CV-158-D** |
| RACHEAL POTH, REBECCA ELGART, ) | |
| BRIAN JONES, and BLAIR WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the memorandum in support of each defendant's motion to dismiss [D.E. 19, 25, 31, 34], the court GRANTS each defendant's motion to dismiss [D.E. 18, 24, 30, 33] and DISMISSES WITHOUT PREJUDICE plaintiff's pro se complaint.

**This Judgment Filed and Entered on November 25, 2020, and Copies To:**

| | |
|---|---|
| Billy Russell Land | (Sent to 1604 Curthay Court Raleigh, NC 27610 via US Mail) |
| Matthew Nis Leerberg | (via CM/ECF electronic notification) |
| Ashley Honeycutt Terrazas | (via CM/ECF electronic notification) |
| Edward Francis Roche | (via CM/ECF electronic notification) |
| Zebulon D. Anderson | (via CM/ECF electronic notification) |
| Adrina Greenlee Bass | (via CM/ECF electronic notification) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |

DATE:  
November 25, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk